# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code        A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | **ACNB  BANK** |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| 532 | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| 116 | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code        B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| 415 | Bank of Landisburg (The) |
| 642 | BB & T Company |
| 519 | Beaver Valley Federal Credit Union |
| 501 | BELCO Community Credit Union |
| 397 | Beneficial Bank |
| 652 | Berkshire Bank |
| 5 | BNY Mellon, NA |
| 392 | **BRENTWOOD BANK** |
| 495 | Brown Brothers Harriman Trust Co., NA |
| 161 | Bryn Mawr Trust Company (The) |

**Bank Code        C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 622 | Carrollton Bank |
| 16 | CBT Bank, a division of Riverview Bank |
| 136 | **CENTRIC BANK** |
| 394 | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank (PA) |
| 206 | Citizens Savings Bank |
| 602 | City National Bank of New Jersey |
| 576 | Clarion County Community Bank |

| | |
|---|---|
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |
| 354 | Coatesville Savings Bank |
| 223 | Commercial Bank & Trust of PA |
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 533 | Community First Bank |
| 132 | Community State Bank of Orbisonia |
| 647 | **CONGRESSIONAL BANK** |
| 380 | County Savings Bank |
| 617 | Covenant Bank |
| 536 | Customers Bank |

**Bank Code        D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 239 | DNB First, NA |
| 27 | Dollar Bank, FSB |

**Bank Code        E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | **ENTERPRISE BANK** |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code        F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 205 | Farmers National Bank of Emlenton (The) |
| 34 | Fidelity Deposit & Discount Bank (The) |
| 343 | **FIDELITY SAVINGS & LOAN ASSOCIATON OF BUCKS COUNTY** |
| 583 | Fifth Third Bank |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |

| | |
|---|---|
| 539 | First Commonwealth Bank |
| 46 | First Community Bank of Mercersburg |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| 51 | First National Bank & Trust Company of Newtown (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |
| **604** | First Priority Bank**, a division of Mid Penn Bank** |
| **592** | **FIRST RESOURCE BANK** |
| 657 | First United Bank & Trust |
| 408 | First United National Bank |
| 151 | Firstrust Savings Bank |
| 416 | Fleetwood Bank |
| **493** | **FNB BANK, NA** |
| 175 | FNCB Bank |
| 291 | Fox Chase Bank |
| 241 | Franklin Mint Federal Credit Union |
| 639 | Freedom Credit Union |
| **58** | **FULTON BANK, NA** |

**Bank Code       G.**

| | |
|---|---|
| 499 | Gratz Bank (The) |
| 498 | Greenville Savings Bank |

**Bank Code       H.**

| | |
|---|---|
| 402 | Halifax Branch, of Riverview Bank |
| 244 | Hamlin Bank & Trust Company |
| 362 | Harleysville Savings Bank |
| 363 | Hatboro Federal Savings |
| 463 | Haverford Trust Company (The) |
| 655 | Home Savings Bank |
| 606 | Hometown Bank of Pennsylvania |
| 68 | Honesdale National Bank (The) |
| 350 | HSBC Bank USA, NA |
| **364** | **HUNTINGDON VALLEY BANK** |
| 605 | Huntington National Bank (The) |
| 608 | Hyperion Bank |

**Bank Code       I.**

| | |
|---|---|
| 365 | InFirst Bank |
| 557 | Investment Savings Bank |

| | |
|---|---|
| 526 | Iron Workers Savings Bank |

**Bank Code       J.**

| | |
|---|---|
| 70 | Jersey Shore State Bank |
| 127 | Jim Thorpe Neighborhood Bank |
| 488 | Jonestown Bank & Trust Company |
| 659 | JPMorgan Chase Bank, NA |
| **72** | **JUNIATA VALLEY BANK (THE)** |

**Bank Code       K.**

| | |
|---|---|
| 651 | KeyBank NA |
| 414 | Kish Bank |

**Bank Code       L.**

| | |
|---|---|
| **74** | **LAFAYETTE AMBASSADOR BANK** |
| 554 | Landmark Community Bank |
| 78 | Luzerne Bank |

**Bank Code       M.**

| | |
|---|---|
| 361 | M & T Bank |
| 386 | Malvern Federal Savings Bank |
| 510 | Marion Center Bank |
| 387 | Marquette Savings Bank |
| 81 | Mars Bank |
| 43 | Marysville Branch, of Riverview Bank |
| 367 | Mauch Chunk Trust Company |
| 619 | MB Financial Bank, NA |
| 511 | MCS (Mifflin County Savings) Bank |
| 641 | Members 1st Federal Credit Union |
| 555 | Mercer County State Bank |
| 192 | Merchants Bank of Bangor |
| 610 | Meridian Bank |
| 420 | Meyersdale Branch, of Riverview Bank |
| 294 | Mid Penn Bank |
| **276** | **MIFFLINBURG BANK & TRUST COMPANY** |
| 457 | Milton Savings Bank |
| 614 | Monument Bank |
| **596** | **MOREBANK, A DIVISION OF BANK OF PRINCETON (THE)** |
| **484** | **MUNCY BANK & TRUST COMPANY (THE)** |

**Bank Code     N.**

433    National Bank of Malvern
168    NBT Bank, NA
347    Neffs National Bank (The)
**434    NEW TRIPOLI BANK**
15    NexTier Bank, NA
636    Noah Bank
638    Norristown Bell Credit Union
439    Northumberland National Bank (The)
93    Northwest Bank

**Bank Code     O.**

653    OceanFirst Bank
489    OMEGA Federal Credit Union
94    Orrstown Bank

**Bank Code     P.**

**598    PARKE BANK**
584    Parkview Community Federal Credit Union
40    Penn Community Bank
540    PennCrest Bank
419    Pennian Bank
447    Peoples Security Bank & Trust Company
99    PeoplesBank, a Codorus Valley Company
556    Philadelphia Federal Credit Union
448    Phoenixville Federal Bank & Trust
79    PNC Bank, NA
449    Port Richmond Savings
451    Progressive-Home Federal Savings & Loan Association
637    Provident Bank
456    Prudential Savings Bank
491    PS Bank

**Bank Code     Q.**

107    QNB Bank
560    Quaint Oak Bank

**Bank Code     R.**

452    Reliance Savings Bank
220    Republic First Bank d/b/a Republic Bank

628    Riverview Bank

**Bank Code     S.**

153    S & T Bank
316    Santander Bank, NA
460    Second Federal S & L Association of Philadelphia
646    Service 1st Federal Credit Union
458    Sharon Bank
462    Slovenian Savings & Loan Association of Franklin-Conemaugh
**486    SOMERSET TRUST COMPANY**
633    SSB Bank
**518    STANDARD BANK, PASB**
542    Stonebridge Bank
440    SunTrust Bank
**122    SUSQUEHANNA COMMUNITY BANK**
**236    SWINEFORD NATIONAL BANK**

**Bank Code     T.**

143    TD Bank, NA
**656    TIOGA FRANKLIN SAVINGS BANK**
**182    TOMPKINS VIST BANK**
609    Tristate Capital Bank
640    TruMark Financial Credit Union
467    Turbotville National Bank (The)

**Bank Code     U.**

483    UNB Bank
481    Union Building and Loan Savings Bank
133    Union Community Bank
634    United Bank, Inc.
472    United Bank of Philadelphia
475    United Savings Bank
600    Unity Bank
232    Univest Bank & Trust Co.

**Bank Code     V.**

611    Victory Bank (The)

**Bank Code        W.**

| | |
|---|---|
| **119** | **WASHINGTON FINANCIAL BANK** |
| 121 | Wayne Bank |
| 631 | Wells Fargo Bank, NA |
| 553 | Wesbanco Bank, Inc. |
| 494 | West View Savings Bank |
| 473 | Westmoreland Federal S & L Association |
| 476 | William Penn Bank |
| 272 | Woodlands Bank |
| **573** | **WOORI AMERICA BANK** |
| 630 | WSFS (Wilmington Savings Fund Society), FSB |

**Bank Code        X.**

**Bank Code        Y.**

| | |
|---|---|
| 577 | York Traditions Bank |

**Bank Code        Z.**

**PLATINUM LEADER BANKS**

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program.  These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts.  They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

**IOLTA EXEMPTION**

Exemptions are not automatic.  If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA  17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.